# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M-18 | 9597158 | Wilcher, R | 1336 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 08/26/2022 1248 | 38 C.F.R. 1.218(b)(37) |

**Place of Offense:** BLDG 154 Rm B24, 3687 VETERANS DR FORT HARRISON MT 59636

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Possession of firearms, carried either openly or concealed, whether loaded or unloaded

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| DUFFY | CHRISTOPHER | J |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500 Forfeiture Amount
+ $30 Processing Fee
$ 530 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9597158*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **August 26**, 20**22** while exercising my duties as a law enforcement officer in the _____ District of **MONTANA**

In the morning of August 26, 2022, at approximately 0733 hours, I, Detective Wilcher, in full patrol duty uniform, working on Ft. Harrison, MT, within complete jurisdiction (concurrent), recieved an email regarding employee concern. Victim iTaylor, felt the male she shared an office with was scary and intimidating. She called out of work and referenced his remarks of serial killers and other things as possible threats. She also felt he may have a gun in his bag. I met, read weingarten and VA 1430 (miranda RIGHTS) which he waived by signing. When asked, he admitted to possibly having a gun and search of the bag yielded a pistol. Subject was cited for the above mentioned offense and pistol taken into evidence. The case is now closed. See IR 436220158.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **08/26/2022**  [signature] RW
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident